ject matter of the controversy in a writ of error having ceased to exist, the writ was dismissed.

Mr. I. B. MELVILLE, Mr. C. C. GOODALE, and Mr. ALFRED TODD, for plaintiff in error.

Mr. GRANBY HILLYER, for defendants in error.

---

[No. 7781.]

LEE ET AL. V. THE PEOPLE EX REL. MAXWELLL ET AL.

*Error to Prowers District Court.*   HON. HENRY HUNTER, Judge.

*Dismissed.*

Mr. I. B. MELVILLE, Mr. C. C. GOODALE, and Mr. ALFRED TODD, for plaintiffs in error.

Mr. GRANBY HILLYER, for defendants in error.

---

[No. 8058.]

READ ET AL. V. MEREDITH ET AL.

*Error to Denver District Court.*   HON. JOHN H. DENISON, Judge.

*Dismissed.*

Messrs. MCKNIGHT & HENRY, Mr. CARLISLE A. FERGUSON, and Mr. M. H. FARRINGTON, for plaintiffs in error.

Mr. W. H. BRYANT, Mr. J. A. MARSH, and Mr. W. H. MALONE, for defendants in error.

---

[No. 7885.]

STATE EX REL. V. LEDDY.

*Error to Denver District Court.*   HON. GREELEY W. WHITFORD, Judge.

Mr. THOS. R. HOFFMIRE, for plaintiff in error.

Hon. BENJAMIN GRIFFITH, Attorney General, and Mr. PHILIP MOTHERSILL, Assistant for the People.

*Dismissed.*